IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COTTON STATES MUTUAL INSURANCE COMPANY, a/s/o MICKEY LANGLEY, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No.: 2:07-CV-761-MHT ) |
| JASON ELKINS and DEPARTMENT OF THE UNITED STATES ARMY, | ) ) ) |
| Defendants. | ) |

## NOTICE OF REMOVAL & SUBSTITUTION

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 2679 (d)(2), 1442(a)(1) & 1442a, *Cotton States Mutual Insurance Company, a/s/o Mickey Langley v. Jason Elkins and Department of the Army,* Case No. 2007-691 (Circuit Court of Montgomery County, Alabama), is hereby removed to this Court, and the United States is substituted as party Defendant for Jason Elkins. In support of this notice, the United States, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, respectfully states that:

1. Jason Elkins is a named Defendant in *Cotton States Mutual Insurance Company, a/s/o Mickey Langley v. Jason Elkins and Department of the Army,* Case No. 2007-691 (Circuit Court of Montgomery County, Alabama). The complaint alleges that Defendant Elkins negligently and/or wantonly operated a motor vehicle causing it to collide with a motor vehicle driven by Plaintiff's insured, Mickey Langley. Complaint

Count 1. Copies of all papers filed in the Circuit Court are filed with this Notice as Exhibit 1.

2. Jason Elkins is a Staff Sergeant (SSG) on active duty in the United States Army. He is assigned as an Army recruiter. Pursuant to 28 U.S.C. § 2679 (d)(2), the United States Attorney for the Middle District of Alabama has certified that SSG Elkins was acting within the scope of his federal office or employment at the time of the incident out of which Plaintiff's claim arise. *See,* 28 C.F.R. § 15.3 (2003) (delegating the Attorney General's certification authority to the United States Attorneys). A copy of the U. S. Attorney's scope-of-employment certification is filed with this Notice as Exhibit 2.

3. Removal to this Court has occurred by operation of law based upon the Attorney General's scope-of-employment certification. 28 U.S.C. § 2679(d)(2). The Attorney General's certification conclusively establishes removal jurisdiction in this Court. 28 U.S.C.§ 2679(d)(2); *Gutierrez De Martinez v. Lamagno*, 515 U.S. 417, 431 (1995).

4. Substitution of the United States as party Defendant for SSG Elkins has occurred by operation of law, and this action shall proceed as an action against the United States under the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b), 2671-2680. 28 U.S.C. § 2679 (d)(2).

5. Defendant also effects removal of this action pursuant to 28 U.S.C. § 1442(a)(1) which provides for removal of an action against any agency of the United States. Plaintiff has sued the "Department of the U.S. Army."

6. In addition, this action is removed pursuant to 28 U.S.C. § 1442a. SSG Elkins is a member of the Armed Forces of the United States. He is sued on account of an act done under color of his office or status as a non-commissioned officer in the United States Army. The absolute immunity provided by the Westfall Act, 28 U.S.C. § 2679 (d)(2), constitutes a federal defense that provides a basis for removal of this action pursuant to *Mesa v. California*, 489 U.S. 121, 133 (1989).

7. The United States has filed a motion to dismiss concurrently with this Notice.

WHEREFORE, pursuant to 28 U.S.C. §§ 2679 (d)(2), 1442(a)(1), and 1442a, *Cotton States Mutual Insurance Company, a/s/o Mickey Langley v. Jason Elkins and Department of the Army,* Case No. 2007-691 (Circuit Court of Montgomery County, Alabama) has been removed to this Court, and the United States has been substituted as party Defendant for SSG Jason Elkins.

Respectfully submitted this 24th day of August, 2007.

LEURA G. CANARY
United States Attorney

By: /s/ Stephen M. Doyle
STEPHEN M. DOYLE
Chief, Civil Division
Assistant United States Attorney
Attorney for Defendants
Post Office Box 197
Montgomery, AL 36101-0197
District of Columbia Bar No. 422474
Telephone No.: (334) 223-7280
Facsimile No.: (334) 223-7418
E-mail: **stephen.doyle@usdoj.gov**

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing Notice of Removal and Substitution upon the attorney of record by mailing a copy of same, first class, postage prepaid, addressed as follows:

> Britt Batson Griggs, Esquire
> PARNELL & CRUM, P.A.
> P.O. Box 2189
> Montgomery, AL 36102

Dated this 24th day of August, 2007.

/s/ Stephen M. Doyle
Assistant United States Attorney

4

STATE OF ALABAMA
UNIFIED JUDICIAL SYSTEM
FORM C-34    REV 3/88

SUMMONS
--CIVIL--

CV-07-691

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

PLAINTIFF:
COTTON STATES MUTUAL INSURANCE CO.
A/S/O/ MICKEY LANGLEY
P.O. BOX 105303
ATLANTA, GA

DEFENDANT(S):
.JASON ELKINS

.1819 GELLISPY DRIVE
.MONTGOMERY, AL    36116

DEPT. OF THE U.S. ARMY
TORT CLAIMS DIVISION
5700 NOVOSEL STREET
FORT RUCKER, AL    36362

MAY 2007 Received

**NOTICE TO ABOVE DEFENDANT(S)**
THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY, CHARLES N. PARNELL, III., WHOSE ADDRESS IS P. O. BOX 2189, MONTGOMERY, ALABAMA 36102-2189.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 14___ 30___ DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR CONSTABLE/PROCESS SERVER by the Alabama Rules of Civil Procedure:

✓ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

___ Service by certified mail of this summons is initiated upon the written request of _____ pursuant to the Alabama Rules of Civil Procedure.

DATE __04/27/07__    _____ BY: __X__
                     CLERK/REGISTER

___ CERTIFIED MAIL IS
    HEREBY REQUESTED.      PLAINTIFF'S ATTORNEY'S SIGNATURE

RETURN OF SERVICE:
___ Return receipt of certified mail received in this office on _____.

___ I certify that I personally delivered a copy of the Summons and Complaint to __JAG Ft. Rucker__
in __Dale__ County, Alabama
on __5/11/07__ . (Date)

_____
SERVER'S SIGNATURE

DATE

ADDRESS OF SERVER

__Deputy Sheriff__
TYPE OF PROCESS SERVER

Defendant's Exhibit 1

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv P-93  Rev. 5/99 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number: CV-07-691<br>CV 2007<br>Date of Filing: Month Day Year<br>Judge Code: |

## GENERAL INFORMATION

IN THE CIRCUIT COURT OF _Montgomery_, ALABAMA
(Name of County)

_Cotton States Insurance_          _Jason Elkins_
Plaintiff                              Defendant

**First Plaintiff:** ☒ Business ☐ Individual ☐ Government ☐ Other
**First Defendant:** ☐ Business ☒ Individual ☐ Government ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☒ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PROPERTY INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/ Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

FILED CIRCUIT COURT OF MONTGOMERY COUNTY 2007 APR ... PM 3:12

**ORIGIN (check one):** ☒ F INITIAL FILING   ☐ A APPEAL FROM DISTRICT COURT   ☐ O OTHER: _____
☐ R REMANDED   ☐ T TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☐ YES ☒ NO
Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P. for procedure)

**RELIEF REQUESTED:** ☐ MONETARY AWARD REQUESTED   ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:** _BAT028_   _April 26, 2007_   _[signature]_
Date                Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** ☐ YES ☐ NO ☐ UNDECIDED

| STATE OF ALABAMA UNIFIED JUDICIAL SYSTEM FORM C-34  REV | SUMMONS —CIVIL— | CASE NUMBER CV-07-691 |
|---|---|---|

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

PLAINTIFF:
COTTON STATES MUTUAL INSURANCE CO.
A/S/O/ MICKEY LANGLEY
P.O. BOX 105303
ATLANTA, GA

DEFENDANT(S):
.JASON ELKINS
.
.1819 GELLISPY DRIVE
.MONTGOMERY, AL    36116
.

DEPT. OF THE U.S. ARMY
TORT CLAIMS DIVISION
5700 NOVOSEL STREET
FORT RUCKER, AL    36362

**NOTICE TO ABOVE DEFENDANT(S)**
THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY, CHARLES N. PARNELL, III., WHOSE ADDRESS IS P. O. BOX 2189, MONTGOMERY, ALABAMA 36102-2189.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 14___ 30___ DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR CONSTABLE/PROCESS SERVER by the Alabama Rules of Civil Procedure:

___✓___ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.
_____ Service by certified mail of this summons is initiated upon the written request of _____ pursuant to the Alabama Rules of Civil Procedure.

DATE __04/27/07__                    _____
                                      CLERK/REGISTER

_____ CERTIFIED MAIS IS          _____
        HEREBY REQUESTED.           PLAINTIFF'S ATTORNEY'S SIGNATURE

RETURN OF SERVICE:
_____ Return receipt of certified mail received in this office _____.
_____ I certify that I personally delivered a copy of the Summons and Complaint to _____
in _____ County, Alabama
on _____. (Date)

_____
DATE

_____
ADDRESS OF SERVER

_____
SERVER'S SIGNATURE

_____
TYPE OF PROCESS SERVER

| STATE OF ALABAMA | SUMMONS | CASE NUMBER |
|---|---|---|
| UNIFIED JUDICIAL SYSTEM | -CIVIL- | CV-07-691 |
| FORM C-34   REV ___ | | |

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

**PLAINTIFF:**
COTTON STATES MUTUAL INSURANCE CO.
A/S/O/ MICKEY LANGLEY
P.O. BOX 105303
ATLANTA, GA

**DEFENDANT(S):**
.JASON ELKINS
.
.1819 GELLISPY DRIVE
.MONTGOMERY, AL   36116
.
.
DEPT. OF THE U.S. ARMY
TORT CLAIMS DIVISION       D2
5700 NOVOSEL STREET
FORT RUCKER, AL   36362

**NOTICE TO ABOVE DEFENDANT(S)**
THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY, CHARLES N. PARNELL, III., WHOSE ADDRESS IS P. O. BOX 2189, MONTGOMERY, ALABAMA 36102-2189.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 14___ 30___ DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR CONSTABLE/PROCESS SERVER by the Alabama Rules of Civil Procedure:

✓ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.
___ Service by certified mail of this summons is initiated upon the written request of _____ pursuant to the Alabama Rules of Civil Procedure.

DATE __04/27/07__   _____   BY: _____
                     CLERK/REGISTER

___ CERTIFIED MAIL IS   _____
    HEREBY REQUESTED.   PLAINTIFF'S ATTORNEY'S SIGNATURE

**RETURN OF SERVICE:**
___ Return receipt of certified mail received in this office on
    _____.
___ I certify that I personally delivered a copy of the Summons and Complaint to _____
    in _____ County, Alabama
    on _____. (Date)


DATE _____

ADDRESS OF SERVER _____

SERVER'S SIGNATURE _____

TYPE OF PROCESS SERVER _____

PC-875648-1

| State of Alabama<br>Unified Judicial System<br>Form: SM-1J Rev. 6/91<br>Modified by P.C.A. 11/94 | **STATEMENT OF CLAIM**<br>(Complaint)<br>General |
|---|---|

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

Plaintiff   COTTON STATES MUTUAL INSURANCE CO   Defendant   JASON ELKINS
Address     A/S/O/ MICKEY LANGLEY      Against     Address

                                                              1819 GELLISPY DRIVE
                                                              MONTGOMERY, AL       36116
P.O. BOX 105303
ATLANTA, GA

Attorney                                              Additional
Address                                               Defendant
                                                      Address
PARNELL & CRUM, P.A.                                           DEPT. OF THE U.S. ARMY
Attorney's at Law
641 So. Lawrence St.                                          TORT CLAIMS DIVISION
P.O. Box 2189                                                 5700 NOVOSEL STREET
Montgomery, AL 36102-2189                                     FORT RUCKER, AL       36362

### NOTICE TO EACH DEFENDANT – READ CAREFULLY

YOU ARE BEING SUED IN THE ABOVE COURT BY THE PLAINTIFF(S) SHOWN ABOVE. THE JUDGE HAS NOT YET MADE ANY DECISION IN THE CASE, AND YOU HAVE THE RIGHT TO A TRIAL TO TELL YOUR SIDE. HOWEVER, IF YOU, OR YOUR LAWYER, FAIL TO FILL OUT THE ENCLOSED ANSWER FORM AND DELIVER OR MAIL IT TO THE CLERK AT THE ADDRESS SHOWN BELOW, SO THAT IT WILL GET TO THE CLERK'S OFFICE WITHIN FOURTEEN (14) DAYS FOR DISTRICT AND SMALL CLAIMS CASES OR THIRTY (30) DAYS FOR CIRCUIT COURT CASES AFTER YOU RECEIVE THESE PAPERS, A JUDGMENT CAN BE TAKEN AGAINST YOU. ONCE A JUDGMENT HAS BEEN ENTERED AGAINST YOU, YOUR PAYCHECK CAN BE GARNISHED AND/OR YOUR HOME OR PROPERTY SOLD TO SATISFY THAT JUDGMENT.

### COMPLAINT

1. I claim the Defendant owes the Plaintiff the sum of $ _____ LAINT ____ because:

(See Attached)

FILED 07 APR 26 PM 3:12 CIRCUIT COURT OF MONTGOMERY COUNTY

2. Plaintiff also claims from the Defendant court costs in the sum of $ __211.00__ (see note below), plus $ __SEE COMPLAINT__ for interest and $ __SEE COMPLAINT__ for lawyers fees (**only** if Plaintiff is represented by a licensed, practicing attorney and if the contract or note you signed so provides.)

NOTE: The total amount of court costs may be more than this amount when the case is finally settled. The clerk will inform you of any additional costs at the close of the case.

_____ By: _____        _____
Clerk                                      Plaintiff or Attorney (Signature)

CLERK
ADDRESS: _____   PHONE NO. _____

SEE INSTRUCTIONS ON BACK

COURT RECORD (WHITE)    DEFENDANT (WHITE)    PLAINTIFF (WHITE)

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

COTTON STATES MUTUAL INSURANCE
COMPANY, a/s/o MICKEY LANGLEY,

    Plaintiff,

V.                                       CASE NO. CV 2007- 621

JASON ELKINS and
DEPARTMENT OF THE U.S. ARMY,

    Defendant(s).

## COUNT I
### Negligence

On or about the 29th day of April, 2005, while traveling on Troy Highway, which intersects with Bell Road, which is in the city limits of Montgomery, Alabama, which is located in Montgomery County, Alabama, the Defendant, DEPARTMENT OF THE U.S. ARMY, owner of a 2004 Oldsmobile Ale, entrusted that vehicle to the Defendant, JASON ELKINS, which was driving that vehicle negligently and/or wantonly which caused or allowed the motor vehicle he was driving to collide with the Plaintiff's vehicle.

    A. Plaintiff's insured vehicle was bent, broken, and rendered less valuable.

    B. Personal injuries, including pain and suffering, to Plaintiff's insured and/or passengers; wherein the Plaintiff paid under the medical coverage to its insured, by and through a policy of insurance in force and in effect at the time of the above-described accident, TWENTY-SEVEN THOUSAND EIGHT HUNDRED SIXTY-EIGHT DOLLARS 30/100. ($ 27,868.30)

WHEREFORE, THE PREMISES CONSIDERED, Plaintiff demands judgment against the defendant, JASON ELKINS and DEPARTMENT OF THE U.S. ARMY, in the **Total sum** of $ 27,868.30 as itemized above, plus interest and costs.

                                      PARNELL & CRUM, P.A.,

                                      BRITT BATSON/GRIGGS
                                      ATTORNEY FOR PLAINTIFF
                                      ATTORNEY CODE: BAT028

OF COUNSEL:
PARNELL & CRUM, P.A.
P.O. BOX 2189
MONTGOMERY, AL 36102

    PLEASE NOTE THAT THIS LAWSUIT IS SENT FOR THE PURPOSE OF ATTEMPTING TO COLLECT THE DEBT AND THAT ANY INFORMATION OBTAINED FROM YOU WILL BE USED FOR THE PURPOSE OF COLLECTING THE DEBT FROM YOU.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COTTON STATES MUTUAL INSURANCE COMPANY, a/s/o MICKEY LANGLEY, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO.: 2:07-cv-761-MHT ) |
| JASON ELKINS and DEPARTMENT OF THE UNITED STATES ARMY, | ) ) ) ) |
| Defendants. | ) |

## CERTIFICATION OF SCOPE OF EMPLOYMENT

I, Leura G. Canary, United States Attorney for the Middle District of Alabama, United States Department of Justice, acting pursuant to the provisions of 28 U.S.C. § 2679, and by virtue of the authority vested in me by 28 C.F.R. § 15.3, hereby certify that defendant, Jason Elkins who is a Sergeant in the United States Army was acting within the scope of his federal office or employment as a non-commissioned officer of the United States at the time of the incident out of which this claim arises. I have been apprised of the facts giving rise to this action and make this certification on the basis of the information now available to me with respect to the incident referred to in the complaint.

Dated this 21st day of August, 2007.

LEURA G. CANARY
United States Attorney
SJIS #GAR030

Defendant's Exhibit 2