IN THE CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| COTTON STATES MUTUAL INSURANCE COMPANY, a/s/o MICKEY LANGLEY, ) ) ) ) | |
| Plaintiff, ) ) | |
| v.  ) ) | Case Number: **CV-2007-691** |
| JASON ELKINS and DEPARTMENT OF THE UNITED STATES ARMY, ) ) ) ) | |
| Defendants. ) | |

### NOTICE OF FILING REMOVAL

Melissa Rittenour
Clerk of the Court
Post Office Box 1667
Montgomery, AL 36102-1667

PLEASE TAKE NOTICE that on this 24th of August, 2007, the United States filed in the office of the Clerk of the United States District Court for the Middle District of Alabama a Notice of Removal and Substitution of the above-styled action to that Court. A copy of that Notice is hereby filed with this Court. This action has been removed to the United States District Court and, in accordance with 28 U.S.C. § 1446 (d), this honorable Court should proceed no further unless and until the case is remanded.

Respectfully submitted this 24th day of August, 2007.

>LEURA G. CANARY
>United States Attorney
>
>By: *[signature]*
>STEPHEN M. DOYLE
>Chief, Civil Division
>Assistant United States Attorney
>Attorney for Defendant
>Post Office Box 197
>Montgomery, AL 36101-0197
>District of Columbia Bar No. 422474
>Telephone No.: (334) 223-7280
>Facsimile No.: (334) 223-7418
>E-mail: stephen.doyle@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing Notice of Filing Removal upon the attorney of record by mailing a copy of same, first class, postage prepaid, addressed as follows:

>Britt Batson Griggs, Esquire
>PARNELL & CRUM, P.A.
>P.O. Box 2189
>Montgomery, AL 36102

Dated this 24th day of August, 2007.

*[signature]*
Assistant United States Attorney