IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COTTON STATES MUTUAL INSURANCE COMPANY, a/s/o MICKEY LANGLEY, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No.: 2:07-CV-761-MHT |
| JASON ELKINS and DEPARTMENT OF THE UNITED STATES ARMY, ) ) ) ) | |
| Defendants. ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW the United States and the U. S. Army, Defendants in the above-captioned matter, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and in accordance with the June 12, 2007, order of this Court, make the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☒ These parties are a governmental entity, or

☐ There are no entities to be reported, or

☒ The following entities and their relationship to the party are hereby reported: None.

Respectfully submitted this 24th day of August, 2007.

>LEURA G. CANARY
>United States Attorney
>
>By: /s/ Stephen M. Doyle
>STEPHEN M. DOYLE
>Chief, Civil Division
>Assistant United States Attorney
>Attorney for Defendants
>Post Office Box 197
>Montgomery, AL  36101-0197
>District of Columbia Bar No. 422474
>Telephone No.: (334) 223-7280
>Facsimile No.: (334) 223-7418
>E-mail:  stephen.doyle@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing upon the attorney of record by mailing a copy of same, first class, postage prepaid, addressed as follows:

>Britt Batson Griggs, Esquire
>PARNELL & CRUM, P.A.
>P.O. Box 2189
>Montgomery, AL 36102

Dated this 24th day of August, 2007.

/s/ Stephen M. Doyle
Assistant United States Attorney

2