IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
COTTON STATES MUTUAL          )
INSURANCE COMPANY, a/s/o      )
Mickey Langley,               )
                              )
    Plaintiff,                )
                              )    CIVIL ACTION NO.
    v.                        )    2:07cv761-MHT
                              )
UNITED STATES OF AMERICA      )
and DEPARTMENT OF THE         )
UNITED STATES ARMY,           )
                              )
    Defendants.               )
```

ORDER

It is ORDERED that the motion to dismiss (Doc. No. 4) is set for submission, without oral argument, on September 14, 2007, with all briefs due by said date.

DONE, this the 30th day of August, 2007.

                        /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE