IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| COTTON STATES MUTUAL INSURANCE COMPANY, a/s/o MICKEY LANGLEY, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO.: 2:07cv761-MHT |
| UNITED STATES OF AMERICA and DEPARTMENT OF THE UNITED STATES ARMY, | ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

Please take notice that Adrian D. Johnson, Attorney for Plaintiff herein, hereby enters his appearance in the above proceeding, and that the undersigned has been retained as the attorney for Plaintiff.

As attorney of record for the above Plaintiff, I respectfully request the Court to mail all correspondence relating to the above-referenced case to me at the address indicated below.

RESPECTFULLY SUBMITTED, this the 31st day of August, 2007.

/s/ Adrian D. Johnson
ADRIAN D. JOHNSON (JOH172)
Attorney for Plaintiff Cotton States Mutual Insurance Company, a/s/o Mickey Langley

OF COUNSEL:

PARNELL & CRUM, P.A.
Post Office Box 2189
Montgomery, Alabama 36102-2189
(334) 832-4200
(334) 293-3550 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of August, 2007, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following:

Stephen M. Doyle
Chief, Civil Division
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197


and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

None


                                            /s/ Adrian D. Johnson
                                            OF COUNSEL