IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COTTON STATES MUTUAL INSURANCE COMPANY, a/s/o MICKEY LANGLEY,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICAN and DEPARTMENT OF THE UNITED STATES ARMY,<br><br>    Defendants, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CASE NO.: 2:07cv761-MHT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Cotton States Mutual Insurance Company, a/s/o Mickey Langley, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☒ There are no entities to be reported, Cotton States Mutual Insurance Company is not a publicly traded company. Further, no publicly traded company is an owner of Cotton States, nor are there any parent companies to Cotton States Mutual Insurance Company.

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                            Relationship to Party

_____            _____

_____            _____

_____            _____

_____            _____

RESPECTFULLY SUBMITTED, this the 4th day of September, 2007.

_____
ADRIAN D. JOHNSON (JOH172)
Attorney for Plaintiff Cotton States Mutual
Insurance Company, a/s/o Mickey Langley

OF COUNSEL:

PARNELL & CRUM, P.A.
Post Office Box 2189
Montgomery, Alabama 36102-2189
(334) 832-4200
(334) 293-3550 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of September, 2007, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following:

Stephen M. Doyle
Chief, Civil Division
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197


and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

None

_____
OF COUNSEL