IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| COTTON STATES MUTUAL INSURANCE COMPANY, a/s/o MICKEY LANGLEY, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO.: **2:07cv761-MHT** |
| UNITED STATES OF AMERICA and DEPARTMENT OF THE UNITED STATES ARMY, | ) ) ) ) | |
| Defendants. | ) | |

## JOINT STIPULATION FOR DISMISSAL

**COME NOW** the Parties in the above-styled cause, and move this Honorable Court dismiss this matter without prejudice as this Court does not presently have subject-matter jurisdiction over this matter.

**WHEREFORE,** the Parties respectfully request that this Court dismiss the above-styled case without prejudice.

**RESPECTFULLY SUBMITTED** this 11th day of September, 2007.

        /s/ Adrian D. Johnson
ADRIAN D. JOHNSON (JOH172)
Attorney for Plaintiff Cotton States Mutual
Insurance Company, a/s/o Mickey Langley

OF COUNSEL:

PARNELL & CRUM, P.A.
Post Office Box 2189
Montgomery, Alabama 36102-2189
(334) 832-4200
(334) 293-3550 Facsimile

LEURA G. CANARY
United States Attorney


 /s/Stephen M. Doyle
STEPHEN M. DOYLE
Chief, Civil Division
Assistant United States Attorney
Attorney for Defendants
Post Office Box 197
Montgomery, AL  36101-0197
District of Columbia Bar No. 422474
Telephone No.: (334) 223-7280
Facsimile No.: (334) 223-7418
**E-mail:  stephen.doyle@usdoj.gov**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COTTON STATES MUTUAL INSURANCE COMPANY, a/s/o MICKEY LANGLEY, </br></br>    Plaintiff, </br></br>         v. </br></br> UNITED STATES OF AMERICA and DEPARTMENT OF THE UNITED STATES ARMY, </br></br>    Defendants. | )</br>)</br>)</br>)</br>)</br>)</br>)    CIVIL ACTION NO.: **2:07cv761-MHT**</br>)</br>)</br>)</br>)</br>)</br>)</br>) |

## **ORDER**

Based upon the Parties' Joint Stipulation for Dismissal without prejudice, it is the opinion of this Court, that the same is to be, and is hereby, **GRANTED.**

It is **ORDERED** that the above-referenced case is dismissed without prejudice.

**DONE AND ORDERED** this _____ day of _____, 2007.

_____
U.S. DISTRICT COURT JUDGE