IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| COTTON STATES MUTUAL ) | |
| INSURANCE COMPANY, a/s/o ) | |
| Mickey Langley, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:07cv761-MHT |
| ) | (WO) |
| UNITED STATES OF AMERICA ) | |
| and DEPARTMENT OF THE ) | |
| UNITED STATES ARMY, ) | |
| ) | |
| Defendants. ) | |

**JUDGMENT**

Pursuant to the joint stipulation of dismissal (Doc. No. 9), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed without prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 13th day of September, 2007.

　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE